**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**IN RE: ROBERT L. SCHULZ,**            5:19-PF-0001 (GTS)

          **Respondent.**
_____

**GLENN T. SUDDABY, Chief United States District Judge**

## DECISION and ORDER

On February 13, 2019, the Court issued an Order directing Robert L. Schulz ("Respondent) to show cause why he should not be enjoined from filing any future pleadings or documents of any kind (including motions) in the Northern District of New York *pro se* without prior permission of the Chief Judge or his or her designee (except pleadings or documents in a case that is open at the time of the issuance of the Court's Pre-Filing Order, until that case is closed). (Dkt. No. 1.) After receiving several extensions of the deadline by which to do so, Respondent filed his response. (Dkt. No. 11.)

After carefully considering Respondent's response, the Court declines to issue a Pre-Filing Order at this time, and finds it more appropriate to issue a stern warning. While Respondent's response to the Court's Order to Show Cause takes issue with various findings of the Court, that response does not blunt the Court's essential finding that, since March 5, 1997, Respondent has filed *pro se* in this District eighteen actions, sixteen of which have met with defeat under circumstances bringing into serious question his good-faith expectation of prevailing, and wasting (at the very least) the Court's resources. (*Compare* Dkt. No. 1 *with* Dkt. No. 11.) Contrary to Respondent's protestations of good faith (and speculation of bias by the

undersigned), Respondent's litigation practices do indeed border on the vexatious.[1] He is respectfully advised, should he not immediately curb his abuse of the litigation process in this District, he ***shall be*** barred from proceeding *pro se* in this District without prior leave.

**ACCORDINGLY**, it is

**ORDERED** that, if Respondent does not curb his abuse of the litigation process, the Chief Judge of the Northern District of New York shall issue an Order permanently enjoining Respondent from filing any future pleadings or documents of any kind (including motions) in this District *pro se* without prior permission of the Chief Judge or his or her designee (except pleadings or documents in a case that is open at the time of the issuance of the Court's Pre-Filing Order, until that case is closed).

Dated: October 17, 2019
       Syracuse, New York

Hon. Glenn T. Suddaby
Chief U.S. District Judge

---

[1] The Court notes that Respondent has not helped his claim of good-faith litigation by attaching to his response (and thus requiring Clerk's Office staff to scan) 1,666 pages of exhibits (the vast majority of which are wholly irrelevant and/or repetitive of information already accessible by the Court). (Dkt. No. 11, Attach. 3-8.)